| | |
|---|---|
| 1 | JS-6 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BARNER, | CV 11-2725 PA (SSx) |
| Plaintiff, | JUDGMENT |
| v. | |
| BRAD HALPERN, et al., | |
| Defendants. | |

    Pursuant to the Court's May 9, 2011 Minute Order dismissing without prejudice the claims alleged by plaintiff Larry Barner ("Plaintiff") against defendants the United States of America, Yudbhir Sharma, and Kenneth Peterson (the "Government") and declining to exercise supplemental jurisdiction over Plaintiff's remaining state law claims against defendant Brad Halpern and dismissing the claims alleged against Mr. Halpern without prejudice,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims are dismissed without prejudice.

//

//

//

//

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that the Government shall have its costs of suit.

IT IS SO ORDERED.

DATED: May 9, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE